IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PABLO CASTANEDA, | ) | No. C 11-04708 EJD (PR) |
| Petitioner, | ) ) | ORDER GRANTING EXTENSION OF TIME TO FILE COMPLETE *IN FORMA PAUPERIS* APPLICATION |
| vs. | ) ) | |
| BRENDA CASH, Warden, | ) ) | |
| Respondent. | ) ) ) | |

On September 21, 2011, Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, along with a motion for leave to proceed in forma pauperis. On the same day, the Clerk of the court sent a notice to Petitioner that the In Forma Pauperis Application he submitted was insufficient because he did not use the correct form. (Docket No. 3.) Thereafter, Petitioner filed an application using the correct form which is still deficient because he failed to submit the following supporting documents: 1) a Certificate of Funds in Prisoner's account completed and signed by an authorized prison official; and 2) a copy of his prisoner trust account statement showing transactions for the last six months. (Docket No. 5.)

In the interest of justice, Petitioner is granted an extension of time to file the

missing documents to complete the In Forma Pauperis Application. Petitioner must file the missing documents described above **no later than thirty (30) days** from the date this order is filed. In the alternative, Petitioner may file the $5.00 filing fee in the same time provided.

**FAILURE TO FILE A TIMELY RESPONSE IN ACCORDANCE WITH THIS ORDER WILL RESULT IN THE DISMISSAL OF THIS ACTION WITHOUT FURTHER NOTICE TO PETITIONER.**

The Clerk shall enclose two blank copies of the Certificate of Funds in Prisoner's Account with a copy of this order to Petitioner.

DATED: 2/10/2012      
EDWARD J. DAVILA
United States District Judge

Order Granting EOT to file IFP
G:\PRO-SE\SJ.EJD\HC.11\04708Castaneda_eot-ifp.wpd      2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

PABLO CASTANEDA,

        Petitioner,

  v.

BRENDA CASH, Warden,

        Respondent.
                                      /

Case Number: CV11-04708 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on    2/15/2012   , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Pablo Castaneda G-28767
C.S.P. Los Angeles County
P.O. Box 4610
Lancaster, CA 93539

Dated:    2/15/2012

                              Richard W. Wieking, Clerk
                       /s/ By: Elizabeth Garcia, Deputy Clerk