IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PABLO CASTANEDA, | ) | No. C 11-04708 EJD (PR) |
| Petitioner, | ) ) | ORDER GRANTING IN PART APPLICATION FOR EXTENSION OF TIME TO FILE TRAVERSE |
| v. | ) ) | |
| BRENDA CASH, Warden, | ) ) | |
| Respondent. | ) ) | |
| | ) | (Docket No. 22) |

Petitioner, a state prisoner, filed a pro se petition for a writ of habeas corpus under 28 U.S.C. § 2254, challenging his state conviction. On March 22, 2012, the Court issued an order to show cause. (Docket No. 10.) On July 5, 2012, Respondent filed a response to the order to show cause. (Docket No. 14.) Petitioner has filed an application for an extension of time of sixty (60) days to file a traverse. (Docket No. 22.)

Good cause appearing, Petitioner's request for an extension of time is **GRANTED** in part. Petitioner shall have an additional thirty (30) days to file a traverse, such that his traverse shall be filed **no later than September 12, 2012.** Petitioner may later file a motion for an additional extension of time if necessary.

This order terminates Docket No. 22.

DATED: 8/20/2012

EDWARD J. DAVILA
United States District Judge

Order Granting in part Ext. of Time to file Traverse
G:\PRO-SE\SJ.EJD\HC.11\04708Castaneda_eot_trav.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PABLO CASTANEDA,<br><br>        Plaintiff,<br><br>  v.<br><br>BRENDA CASH et al,<br><br>        Defendant. | Case Number: CV11-04708 EJD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 21, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Pablo Castaneda G-28767
C.S.P. Los Angeles County
P.O. Box 4610
Lancaster, CA 93539

Dated: August 21, 2012

                                      Richard W. Wieking, Clerk
                                      /s/ By: Elizabeth Garcia, Deputy Clerk